

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

NOTICE OF INTENT TO DISMISS

Appellate case name:         National Association of Minority Mineral Owners, Inc. v. Harris County, et al.

Appellate case number:      01-17-00139-CV

Trial court case number:    2014-59460

Trial court:                         152nd District Court of Harris County

On April 20, 2017, the Clerk of this Court notified appellant that the Court's records indicated that the notice of appeal from the January 10, 2017 final judgment, may not have been timely filed and a reasonable explanation for the failure to file the notice of appeal timely was necessary. The Clerk further notified appellant that, unless it responded to the notice by May 4, 2017, the Court might dismiss the appeal. On May 9, 2017, appellant filed a motion for an extension of time to respond to the notice.

The motion is **granted.** Appellant's response, providing a reasonable explanation for untimely filing the notice of appeal as directed in the April 20, 2017 "Notice of Intent to Dismiss" is due to be filed no later than 10 days from the date of this order. Appellant must respond in writing even if appellant has previously claimed that the notice of appeal was timely filed.

If a meritorious response is not received in the form described above by the deadline, the Court may dismiss the appeal for want of jurisdiction without further notice. *See* TEX. R. APP. P. 42.3(a).

Judge's signature: /s/ Russell Lloyd
                            ☑ Acting individually     ☐ Acting for the Court

Date: May 23, 2017